UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDGAR L. MERIDA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1992** |
| **BOARD OF COMMISSIONERS OF THE SOUTHEAST LOUISIANA FLOOD PROTECTION AUTHORITY–EAST, ET AL.** | **SECTION "O"** |

## JUDGMENT

Considering the order and reasons granting the motion[1] for summary judgment of Defendants the Board of Commissioners of the Southeast Louisiana Flood Protection Authority–East, Kelli Chandler, Ken Pinkston, and Terry Durnin, and dismissing with prejudice all of Plaintiff Edgar L. Merida's remaining claims,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs.

New Orleans, Louisiana, this 11th day of July, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 45.